KATHLEEN BLISS LAW PLLC
Kathleen Bliss, Esq.
Nevada Bar No. 7606
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: 702.518.7375
kb@kathleenblisslaw.com

S. Alex Spelman, Esq.
Winters Spelman PLLC
Nevada Bar No. 14728
3191 E Warm Springs Rd, Suite 100
Las Vegas, NV 89120
(702) 832-0342
a.spelman@wintersspelman.com

*Attorneys for Kefer Funches*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>Kefer Funches,<br><br>            Defendant. | CASE NO. 2:24-cr-64-RFB-EYJ-1<br><br>STIPULATION TO EXTEND DEADLINE FOR REPLY TO GOVERNMENT RESPONSE (ECF NO. 226) |

The United States of America, by Steven J. Rose, Assistant United States Attorney; and Defendant Kefer Funches, by his counsel of record, Kathleen Bliss and S. Alex Spelman, stipulate to a two-week extension of the deadline for filing a reply brief to the government's response (ECF No. 226). The parties show the Court as follows:

1. On April 25, 2025, the government timely filed its response to defendant's motion to suppress (ECF No. 216) and joinder by defendant Tyrone Patterson (ECF No. 217).

2. The deadline for a reply is May 2, 2025.

3. Counsel for defendant Funches have scheduling conflicts during the weeks of April

28, 2025, and May 5, 2025, which make if difficult to review the government's response, consult with their expert witness and file a meaningful reply on defendant Funches' behalf.

4. Specifically, Mr. Spelman commences a one-week trial on April 28, 2025, in *Gray v. Haas*, A-23-874285-C, before the Honorable District Court Judge Anna Albertson. A jury has been selected and opening statements begin on April 29, 2025. Trial is not expected to conclude until May 2, 2025.

5. Ms. Bliss must prepare and appear for an evidentiary hearing on May 1, 2025, in *Alexander v. Chadwick*, 2:22-cv-1084-CDS-NJK, a complex civil case. The following week, she has medical appointments in Arizona.

6. The government stipulates to a continuance of two weeks, from the deadline of May 2, 2025, to a deadline of May 16, 2025.

Dated this 28th day of April 2025.

Respectfully submitted,

| | |
|---|---|
| Kathleen Bliss | Segal Chattah |
| */s/ Kathleen Bliss, Esq.* | United States Attorney |
| | |
| | Steven J. Rose |
| | */s/ Steven J. Rose* |
| S. Alex Spelman | |
| *s/s S. Alex Spelman, Esq.* | |
| Attorneys for Kefer Funches | |

## CERTIFICATE OF SERVICE

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-1 of the Local Rules of Practice for the United States District Court for the District of Nevada, I

certify that I am an attorney of counsel at Kathleen Bliss Law PLLC, and that on 28th day of April 2025, I did cause a true and correct copy of:

**STIPULATION TO EXTEND DEADLINE**

to be served via the Electronic Filing System in this action.

By: *Kathleen Bliss*
Kathleen Bliss Law PLLC

**ORDER**

THE COURT FINDS, that based upon the STIPULATION of the parties and for GOOD CAUSE SHOWING, the Court extends the deadline for defendant's reply from May 2, 2025, to May 16, 2025.

Dated: April 30, 2025

_____
RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE