KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: 702.318.7375

S. ALEX SPELMAN, ESQ.'
Nevada Bar No. 14278
Winters Spelman PLLC
3191 E Warm Springs Rd, Suite 100
Las Vegas, NV 89120

(702) 832-0342
*Attorneys for Kefer Funches*

KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89012
Telephone: 702.318.7375

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff;<br>vs.<br>KEFER FUNCHES,<br>Defendant. | CASE NO.: 2:24-cr-0064-RFB-EJY<br><br>**UNOPPOSED MOTION TO EXCUSE APPEARANCE** |

Counsel for defendant Kefer Funches, Kathleen Bliss and S. Alex Spelman, submit this motion for an order excusing counsel Bliss' appearance at the status conference set on August 14, 2025, at 12:15 p.m. (ECF No. 280 (minute order)). Counsel shows this Court as follows.

An unforeseen family emergency has arisen for counsel Bliss, who must travel to Oklahoma on August 14, 2025, causing her to be unavailable.

Mr. Spelman, appointed as co-counsel for Mr. Funches, is available and will attend in person.

Mr. Funches has been advised of the situation, and he does not oppose his counsel's request.

The Government has no opposition. A proposed order is submitted with this motion.

KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89012
Telephone: 702.318.7375

Dated this 29th day of July 2025.

Respectfully submitted,

*s/s Kathleen Bliss*

KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: 702.318.7375

S. ALEX SPELMAN, ESQ.'
Nevada Bar No. 14278
Winters Spelman PLLC
3191 E Warm Springs Rd, Suite 100
Las Vegas, NV 89120

*Attorneys for Kefer Funches*

## CERTIFICATE OF SERVICE

I certify that I am an employee of KATHLEEN BLISS LAW PLLC and that on this 29th day of July 2025, I did cause a true copy of:

**MOTION TO EXCUSE APPEARANCE**

to be served electronically via the Court's CM/ECF filing system to the parties of record.

By:

*/s/ Kathleen Bliss*
An employee of
KATHLEEN BISS LAW PLLC

KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89012
Telephone: 702.318.7375

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff;

vs.

KEFER FUNCHES,

Defendant.

CASE NO.: 2:24-cr-0064-RFB-EJY

**ORDER EXCUSING APPEARANCE AT STATUS CONFERENCE ON AUGUST 14, 2025**

**ORDER OF THE COURT**

The Court, having reviewed the motion of Counsel for Defendant Kefer Funches and for good cause showing, GRANTS Counsel's motion. It is therefore ORDERED that Counsel Bliss is excused from appearing at the status conference on August 14, 2025.

Dated: July 30, 2025



RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE