**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

Kefer Funches,

        Defendant.

CASE NO. 2:24-cr-64-RFB-EYJ-1

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

**FINDINGS OF FACT**

1. The parties agree to the continuance.

2. The additional time is needed to ensure that counsel for defendant has sufficient time to gather mitigating evidence and prepare for sentencing particularly in light of the parties' trial schedules.

3. Additionally, denial of this request for a continuance could result in a miscarriage of justice. The time requested by this Stipulation is not an "unreasonable delay" of the sentencing. Fed. R. Crim. P. 32(b).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The time from continuance sought herein is not an "unreasonable delay" for purposes of Fed. R. Crim. P. 32(b).

## ORDER

IT IS THEREFORE ORDERED that the sentencing hearing scheduled for June 26, 2026, be vacated and continued August 27, 2026 at 8:30 a.m.

DATED May 27, 2026.



HONORABLE RICHARD F. BOULWARE, II

UNITED STATES DISTRICT JUDGE